# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BRYANT NEDD (#116325)

VERSUS

DUSTIN BICKHAM

CIVIL ACTION

24-163-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated June 10, 2024, to which no *Objection* has been filed. Plaintiff filed a *Motion for Extension of Time to File Objections*[2] which was granted. Plaintiff was given an additional 45 days from July 3, 2024, to file an objection. As of this date, no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and that this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 29 day of August, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.
[2] Rec. Doc. 5.